United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JORGE G-G.,<br>"Petitioner,"<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>*in their official capacities*,<br>"Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00926 |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief" (Dkt. No. 1) ("Petition") and Respondents' "Motion to Dismiss as Moot and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 6) ("MTD").

By their MTD, Respondents notify the Court of Petitioner's removal from the United States and request dismissal of the Petition on mootness grounds. Dkt. No. 6 at 1. The Court concludes from this filing that the Petition is now moot.

For the Court to retain subject matter jurisdiction over this case, the Petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

Because release from mandatory detention under 8 U.S.C. § 1225(b) is the primary relief sought in the Petition, *see* Dkt. No. 1 at 15-16, Petitioner's removal from the United States renders the Petition moot. The Court also finds no collateral consequence, and Petitioner's counsel identifies none, that would prevent the Petition from becoming moot.[1]

[1] Counsel for Petitioner did not file a response in opposition to Respondents' MTD.

Accordingly, Respondents' MTD (Dkt. No. 6) is **GRANTED** and the Petition (Dkt. No. 1) is hereby **DISMISSED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 5, 2026

Rolando Olvera
United States District Judge